

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **THOMAS LINDEMAN**<br>Tel.: (212) 356-0418<br>tlindema@law.nyc.gov |

November 18, 2022

**VIA ECF**
Hon. Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

        Re: *A.I. et al v. New York City Dept. of Educ.*, 22-cv-5848(JMF)(RWL)

Dear Magistrate Judge Lehrburger:

        I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on a trial under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq. ("IDEA"), as well as for this action.

        Defendant writes to respectfully request a 30 day adjournment of the Initial Pretrial Conference currently scheduled for November, 21, 2022 to December 20, 2022. Plaintiff consents to this request. This is the first request for adjournment of this conference. Defendant apologizes for any inconvenience this late request causes the Court.

        Defendant has made an offer of settlement to Plaintiff, and the parties are engaged in active settlement negotiations. We hope that the requested adjournment will allow the parties to fully explore settlement, and resolve this matter without further burden to the Court. Should settlement not occur, and an IPTC be deemed appropriate in this matter, the parties will make themselves available on the adjournment date or on another date more convenient for the Court.

        Thus, Defendant respectfully requests that the scheduled conference be adjourned until December 20, 2022.

        Thank you for considering this submission.

        Respectfully submitted,

        /s/
        Thomas Lindeman
        Special Assistant Corporation Counsel

cc: Adam Dayan, Esq. (via ECF)

Granted.  The IPTC is adjourned to December 20, 2022 at 2:30 p.m. The parties are instructed to call 888-398-2342, access code 9543348.

SO ORDERED:

11/18/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE